We conclude, however, that the People failed to present evidence sufficient to support the jury's verdict that Knee Taylor was guilty of the attempted murder of Barber and Wright. Knee Taylor was charged as an accessory to attempted murder. In the context of this case, the People were required to prove that Knee Taylor intentionally aided Alls and Tate Taylor in the commission of the attempted murder of Barber and Wright and that he did so with the intent, or the shared intent, of killing Barber and Wright *(see,* Penal Law § 20.00; *People v La Belle,* 18 NY2d 405, 412; *People v Hayes,* 117 AD2d 621, 622, *lv denied* 68 NY2d 668). Neither Barber nor Wright identified Knee Taylor as one of the persons shooting at them, and no prosecution witness testified that Knee was present during the shooting. Thus, the judgment is modified to reverse Knee Taylor's conviction of two counts of attempted murder in the second degree, to vacate the sentences imposed thereon and to dismiss those counts of the indictment. (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Murder, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.

■ The People of the State of New York, Respondent, v Anthony R. Taylor, Appellant. [601 NYS2d 878] —Judgment unanimously modified on the law and as modified affirmed in accordance with same Memorandum as in *People v Alls* (195 AD2d 952 [decided herewith]). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Murder, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.